UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. JACOBS, as representative of a class of unhoused persons who reside in Los Angeles,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC MICHAEL GARCETTI, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-08010-DOC-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 30). Rather than objecting, Plaintiff responded to the R&R by urging the Court to accept it. (Dkt. 32.) The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

//

1       IT IS THEREFORE ORDERED that Plaintiff's preliminary injunction motion (Dkt. 12) is denied without prejudice. Plaintiff is authorized (but not required) to file a First Amended Complaint ("FAC") within thirty days if Plaintiff chooses to correct or update the named Defendants or other allegations. Plaintiff's deadline to serve the Complaint or FAC is extended to sixty days from the date of this order.

DATED: February 7, 2024

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE