1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | D. JACOBS, | Case No. 2:22-cv-08010-DOC-KES |
|----|---|---|
| 12 | Plaintiff, | |
| 13 | v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| 14 | ERIC MICHAEL GARCETTI, et | |
| 15 | al., | |
| 16 | Defendants. | |

17
18
19       Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all
20 the records and files herein, along with the Report and Recommendation of the
21 United States Magistrate Judge (Dkt. 58).  No objections to the Report and
22 Recommendation were filed, and the deadline for filing such objections has passed.
23 The Court accepts the findings, conclusions, and recommendations of the United
24 States Magistrate Judge.
25       IT IS THEREFORE ORDERED that, as of May 3, 2024, the following chart
26
27
28

summarizes this case's defendants.

| No. | Name | Capacity |
|---|---|---|
| 1 | Eric Michael Garcetti | Individual |
| 2 | Karen Bass | Official—Rule 25(d) |
| 3 | Paul Krekorian | Individual & Official |
| 4 | Robert Blumenfield | Individual & Official |
| 5 | Monica Rodriguez | Individual & Official |
| 6 | Marqueece Harris-Dawson | Individual & Official |
| 7 | John Lee | Individual & Official |
| 8 | Mitch O'Farrell | Individual |
| 9 | Hugo Soto-Martinez | Official—Rule 25(d) |
| 10 | Kevin De Leon | Individual & Official |
| 11 | Monique Contreras | Individual & Official |

IT IS FURTHER ORDERED that (1) the District Court may exercise personal jurisdiction over all defendants and (2) by May 24, 2024, Plaintiff shall submit an amended proposed order for the second preliminary injunction motion (Dkt. 35) that complies with Federal Rule of Civil Procedure 65(d)(2).

DATED: May 21, 2024

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE