# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:22-cv-08010-DOC-KES                               Date: August 14, 2024

Title: D. JACOBS V. ERIC MICHAEL GARCETTI ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER REFERRING MOTION FOR CLASS CERTIFICATION [82]**

Before the Court is Plaintiff D. Jacobs' Motion for Class Certification. (Dkt. 82). In the interests of judicial economy, the Court hereby refers this motion to Magistrate Judge Scott for a Report and Recommendation.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                      Initials of Deputy Clerk
CIVIL-GEN                                                                                  kdu