STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net\
(for court filings only)
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Presented on behalf of Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| PEOPLE OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY C. FINLEY, *etc.*,<br><br>Plaintiff,<br><br>v.<br><br>ERIC MICHAEL GARCETTI, *et al.*,<br><br>Defendants. | 2:21-cv-06003-DOC(KESx)<br><br>**DEFENDANTS' MISTREATMENT OF THE HOMELESS CONTINUES, UNABATED**<br><br>Judge David O. Carter |
|---|---|
| PEOPLE OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY D. JACOBS, *etc.*,<br><br>Plaintiff,<br><br>v.<br><br>ERIC MICHAEL GARCETTI, *et al.*,<br><br>Defendants. | 2:22-cv-08010-DOC(KESx)<br><br>**DEFENDANTS' MISTREATMENT OF THE HOMELESS CONTINUES, UNABATED**<br><br>Judge David O. Carter |

YAGMAN + REICHMANN, LLP

By: /s/ Stephen Yagman
**STEPHEN YAGMAN**

1

# Los Angeles Times

# CALIFORNIA

SATURDAY, AUGUST 24, 2024 :: LATIMES.COM/CALIFORNIA



GENARO MOLINA Los Angeles Times

**ENCAMPMENT CLEARED OUT**
Police officers ask Tyler Eyre, 30, to gather his belongings as L.A. County workers clean up a homeless camp Thursday at Dockweiler State Beach in Playa del Rey. Neighbors say the site had been growing. **B3**

# Homes of O.C. supervisor and his daughter raided by FBI

*Andrew Do, others subjects of probe into alleged improper use of taxpayer money.*

By Salvador Hernandez and Hannah Fry

Federal agents on Thursday raided the homes of Orange County Supervisor Andrew Do and his daughter, as well as several other properties, in an investigation into the alleged improper use of taxpayer money.

At least five locations, including several homes and a restaurant, were searched in connection with allegations

$10 million in contracts and using the funds to purchase homes in Garden Grove, Buena Park, Santa Ana, Fountain Valley and Tustin.

Among the homes searched was a property in the Tustin area that, according to the lawsuit, was purchased by the county supervisor's daughter on July 23, 2023. According to the real estate site Redfin, the home was bought for $1,035,000.

IRS agents were seen leaving the yellow single-story home with boxes, carrying them past rosebushes and a lemon tree to waiting federal vehicles.

Supervisor Do's home in North Tustin was also searched as part of the probe, according to sources

**Los Angeles Times**

CALIFORNIA

# Homeless encampment at Dockweiler State Beach near LAX cleared by city workers



Los Angeles County Beaches and Harbors workers clean up a homeless encampment on Dockweiler State Beach in Playa del Rey on Thursday. (Genaro Molina/Los Angeles Times)

By Nathan Solis
Staff Writer

Aug. 22, 2024 Updated 2:47 PM PT

A homeless encampment that neighbors said had been growing at Dockweiler State Beach in Playa del Rey was taken down on Thursday, city officials said.

The encampment was occupying a large slice of the beach's four-mile shoreline next to Los Angeles International Airport, nearby residents said, and had been ignored by state and local government officials even as its problems grew more noticeable in recent weeks.

The cleanup arrives more than [a month after Gov. Gavin Newsom](#) threatened to take away state funding from counties that don't show improvement on tackling the homelessness crisis.

Dockweiler State Beach sits under the LAX flight path and is in an unusual jurisdictional position — it is part of California's state park system, its custodial maintenance and lifeguard services are managed by Los Angeles County, and, through an agreement with the county, policing and code enforcement are handled by the city of Los Angeles, according to a county spokesperson.

This has proven to be a sore issue for Playa del Rey residents who claim that none of the local agencies have taken the initiative to address the encampment.

"It's a little confusing, but everyone's pointing the finger," resident and founder of the nonprofit Friends of the Jungle [Lucy Hun told KABC-TV](#) about beach management.



Law enforcement ask Tyler Eyre, 30, to pack up his belongings during a beach cleanup of a homeless encampment on Dockweiler State Beach in Playa del Rey on Thursday. (Genaro Molina/Los Angeles Times)

Garbage, campfires, hypodermic needles and feces litter the beach, Hun said.

Information on how many people lived in the Dockweiler State Beach encampment or what type of services were offered to those who were displaced by the cleanup was not immediately available. Los Angeles City Councilmember Traci Park, whose office organized the cleanup, said Thursday's operation was carried out with the Coastal CARE+ Team, which is part of the Comprehensive Cleaning and Rapid Engagement program deployed for encampment cleanups.

"We can't do this alone, though, which is why I have called upon the State and County to do their part in addressing this crisis," Park's office said in a statement.

California State Parks said Newsom's executive order complements the agency's existing policies on encampments in state parks, but directed any questions about the

Dockweiler camp to the county.

While neighbors said the growing encampment posed health and safety risks for those looking to use the beach, L.A.'s Westside saw a nearly 20% decrease of people experiencing homelessness, according to the latest data from the L.A. County Homeless Services Authority.

Still, the issue of people living on the streets persists as home prices rise and not enough new homes are built.

In June, a Supreme Court ruling offered clarity about how cities and local governments can enforce laws restricting people from sleeping or camping in public spaces. The court decision said it was not "cruel and unusual" punishment to forbid a person from sleeping on the streets or in parks, even if there was no adequate shelter space available.

That ruling has resulted in a more proactive approach from local governments.

In Long Beach, city staff are working to identify encampments that pose a public threat or block access to public services. They are in the process of targeting encampments where people have repeatedly declined to accept services from the city.

## More to Read

Homeless people will face fines, possible arrest in Long Beach crackdown, city official says

Aug. 16, 2024



Newsom threatens to take money from counties that don't reduce homelessness

Aug. 8, 2024

