# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:22-cv-08010-DOC (KESx)    Date: September 11, 2024

Title: D. JACOBS V. ERIC MICHAEL GARCETTI ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [76, 83]**

On August 11, 2024, Plaintiff moved to preliminarily enjoin Defendants. (Dkt. 83.) The only claims remaining in the present lawsuit are Plaintiff's Eighth Amendment Excessive Fines claim and Fourth Amendment Property Seizure claim. (*See* Dkt 70, June 20, 2024 Order Granting In Part and Denying In Part Motion to Dismiss). Plaintiff's motion for a preliminary injunction is not based on either of these surviving claims. Plaintiff cannot make the requisite showing of likelihood of success on the merits of claims that have already been dismissed.

Accordingly, the Court DENIES Plaintiff's Motion for Preliminary Injunction. (Dkt. 83). Dkt. 76 is DENIED AS MOOT.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                                 Initials of Deputy Clerk: kdu
CIVIL-GEN