UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. JACOBS,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC M. GARCETTI, et al.,<br><br>  Defendants. | Case No. 2:22-cv-08010-DOC-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 92).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 95) have been made.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Plaintiff's motion for class certification is denied.

DATED: September 11, 2024

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE