HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
EMERSON H. KIM, Deputy City Attorney (SBN 285142)
200 North Main Street, Room 675, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 526-7336
Email: emerson.kim@lacity.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JACOBS,<br><br>             Plaintiff,<br><br>      v.<br><br>ERIC MICHAEL GARCETTI, et al.<br><br>             Defendants. | No. 2:21-cv-06003-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed: November 2, 2022<br><br>**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 12, 2025<br>Time: 8:30 a.m.<br>Ctrm: 10A, Santa Ana |

.

DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT

**TO THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on May 12, 2025, at 8:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10A of the United States District Court, located at 411 W. 4th St., Santa Ana, CA 92701, defendants Eric Michael Garcetti, Paul Krekorian, Robert Blumenfield, Monica Rodriguez, Marqueece Harris-Dawson, John Lee, Mitch O'Farrell, Kevin De Leon, and Monique Contreras (collectively, "Defendants") move for summary judgment of the remaining claims asserted by plaintiff David Jacobs ("Plaintiff") in 2:22-cv-08010-DOC-KES, pursuant to Federal Rule of Civil Procedure 56.

Defendants move for summary judgment as to Plaintiff's remaining claims in his Amended Complaint (ECF No. 41), specifically his claims under the Eighth Amendment's Excessive Fines clause and the Fourth Amendment's unreasonable seizure clause. Plaintiff has failed his burden to prove the elements of his claims, as he has failed to conduct any discovery or produce any evidence in support of such despite having adequate time to conduct discovery. Moreover, the evidence in this action shows that Defendants did not violate Plaintiffs' constitutional rights.

This motion is based upon this notice, the accompanying memorandum of points and authorities, the pleadings and papers on file in this action, and oral and documentary evidence that may be presented at the time of any hearing on this motion.

Defendants' counsel unsuccessfully attempted to meet and confer pursuant to L.R. 7-3 between March 28, 2025, and April 7, 2025. (Declaration of Emerson H. Kim, ¶¶ 6-9.)

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: April 14, 2025        Respectfully submitted,

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
EMERSON H. KIM, Deputy City Attorney

By: */s/ Emerson H. Kim*
EMERSON H. KIM, Deputy City Attorney
Attorney for Defendants

2
DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT