UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JACOBS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ERIC MICHAEL GARCETTI, et al.<br><br>　　　　　　Defendants. | No. 2:22-cv-08010-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed: November 2, 2022<br><br>**[PROPOSED] ORDER** |

Defendants Eric Michael Garcetti, Paul Krekorian, Robert Blumenfield, Monica Rodriguez, Marqueece Harris-Dawson, John Lee, Mitch O'Farrell, Kevin De Leon, and Monique Contreras's (collectively, "Defendants'") Motion for Summary Judgment came on regularly for hearing before this Court on May 12, 2025.

After considering the moving and opposition papers, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

IT IS SO ORDERED.

DATED: _____          _____
                                                Honorable David O. Carter