1  HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
2  DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
3  KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
   GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
4  EMERSON H. KIM, Deputy City Attorney (SBN 285142)
   200 North Main Street, Room 675, City Hall East
5  Los Angeles, California 90012
6  Telephone No.: (213) 526-7336
   Email: emerson.kim@lacity.org
7
8  Attorneys for Defendants

9               UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11
12  DAVID JACOBS,                    No. 2:22-cv-08010-DOC (KESx)
13              Plaintiff,           **Hon. David O. Carter**
                                     **United States District Judge**
14       v.
15                                   Action filed: November 2, 2022
    ERIC MICHAEL GARCETTI, et al.
16                                   **DECLARATION OF EMERSON H. KIM**
17              Defendants.
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF EMERSON H. KIM

# DECLARATION OF EMERSON H. KIM

I, EMERSON H. KIM, declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts in the State of California and the United States District Court in and for the Central District of California. I am a Deputy City Attorney with the Los Angeles City Attorney's Office, one of the counsels of record for defendants Eric Michael Garcetti, Paul Krekorian, Robert Blumenfield, Monica Rodriguez, Marqueece Harris-Dawson, John Lee, Mitch O'Farrell, Kevin De Leon, and Monique Contreras (collectively, "Defendants") in this litigation brought by plaintiff David Jacobs ("Plaintiff"). I am personally familiar with the contents of this declaration, and if called upon to do so, I could and would testify competently thereto under oath.

2. On February 18, 2025, Defendants served interrogatories on Plaintiff. Defendants did not receive any responses or objections to their interrogatories.

3. Attached as **Exhibit 1** is a true and correct copy of Defendants' Interrogatories to Plaintiff David Jacobs (Set One).

4. On March 11, 2025, Defendants produced to Plaintiff a copy of the October 17, 2025 citation (G75932) and a redacted copy of the body-worn video ("BWV") of Defendant Contreras.

5. Attached as **Exhibit 2** is a true and correct copy of the letter I sent to Plaintiff's counsel, Mr. Stephen Yagman, including the aforementioned copies of the citation and BWV.

6. On March 28, 2025, I attempted to conduct a meet-and-confer under Local Rule 7-3 by calling Mr. Yagman. The call went to voicemail. I left a message outlining the basis for Defendants' summary judgment motion.

7. On March 31, 2025, I received an indecipherable voicemail (seemingly due to connection issues) from someone at Mr. Yagman's firm.

8. On April 2, 2025, I left a voicemail with Mr. Yagman stating that the message was unclear. Later that day, I received a call from A.W. Clark from Mr.

1
DECLARATION OF EMERSON H. KIM

1 | Yagman's firm.  He informed me that Mr. Yagman was unavailable due to medical
2 | reasons and would not be returning for several weeks.
3 |      9.     On April 7, 2025, I left a voicemail with Mr. Yagman stating that
4 | Defendants would proceed with filing their summary judgment motion due to the motion
5 | cut-off deadline of May 13, 2025, but that they would not object to a late-filed
6 | opposition brief.
7 |      I declare under penalty of perjury under the laws of the United States that the
8 | foregoing is true and correct and that this declaration is executed at Los Angeles,
9 | California, on April 14, 2025.

By: */s/ Emerson H. Kim*
     EMERSON H. KIM