# EXHIBIT 2



Office of the Los Angeles City Attorney
Hydee Feldstein Soto

March 11, 2025

**Via USPS Mail**

Stephen Yagman
Yagman + Reichmann, LLP
333 Washington Boulevard
Venice Beach, CA  90292-5152

      Re:  _Jacobs v. Eric Michael Garcetti, et al._, USDC Case No. 22-cv-08010 DOC (KESx)

Mr. Yagman:

      Please find enclosed a DVD containing Defendants' production (CTY_001-CTY_002) of relevant media for the above-mentioned case.  As a courtesy, we are also including the document in hardcopy.  Please note that CTY_001 is a video file.  Per department guidelines, the computer screen in the LAPD patrol vehicle has been blurred.  The video is otherwise unedited or unchanged.

      If you have any questions, I am available at (213) 526-7336 or emerson.kim@lacity.org.

                      Best,

                      Emerson Kim
                      Deputy City Attorney



LOS ANGELES POLICE DEPARTMENT

CITY OF LOS ANGELES ☐ MISDEMEANOR ☐ INFRACTION

## NOTICE TO APPEAR                    NONTRAFFIC

675932

| Date of Violation | Time ☐ AM ☐ PM | Day of Week S M T W T F S | Arrest DR No. | Evidence DR No. |
|---|---|---|---|---|

Name (First, Middle, Last)

Address

| City | State | ZIP Code |
|---|---|---|

| Driver Lic No. | State | Class | Age | Birth Date |
|---|---|---|---|---|

| Sex | Hair | Eyes | Height | Weight | Race | Other Description |
|---|---|---|---|---|---|---|

| Code | Ordinance | Description | Misdemeanor or Infraction (Circle) |
|---|---|---|---|
| | | | M   I |
| | | | M   I |
| | | | M   I |
| | | | M   I |
| | | | M   I |
| | | | M   I |
| | | | M   I |
| | | | M   I |

Location of Violation(s)                    City and County of Los Angeles

Comments  (including RD number)                ☐ Booking Required (see reverse)

☐ Violations not committed in my presence, declared on information and belief.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

| ☐ TE ☐ CI ☐ •T DIV ___ | | to Dates Off |
|---|---|---|
| Arresting or Citing Officer | Serial No. | |
| Date    Name of Arresting Officer, if different from Citing Officer | Serial No. | to Dates Off |

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW
X Signature

WHEN:  ON THIS DATE: ___    Time: ___ ☐ PM

WHAT TO DO:  FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE:
☐ Metropolitan, 1945 South Hill Street, Los Angeles, 90007
☐ Long Beach, 275 Magnolia Avenue, Long Beach, 90802
☐ Van Nuys, 14400 Erwin Street Mall, Van Nuys, 91401
☐ San Fernando, 900 Third Street, San Fernando, 91340
☐ Chatsworth, 9425 Penfield Avenue, Chatsworth, 91311
☐ Airport, 11701 South La Cienega Boulevard, Los Angeles, 90045
☐ East Los Angeles, 4848 E. Civic Center Way, Los Angeles, 90022
☐ Beverly Hills, 9355 Burton Way, Beverly Hills, 90210
☐

☐  TO BE NOTIFIED     ☐  COURT CLERK

* 675932 *

AGENCY COPY

Notice to Appear form approved by the Judicial Council of California.
Rev. 09-01-15 (Pen. Code, § 853.9)

TR-120
FORM 05.02.02 (09/17)



Jacobs v. Garcetti, et al. USDC  22-cv-08010 DOC (KESx)

March 11, 2025

Envelope containing DVD of DF's Production
(CTY_001-CTY_002)