HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
EMERSON H. KIM, Deputy City Attorney (SBN 285142)
200 North Main Street, Room 675, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 526-7336
Email: emerson.kim@lacity.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JACOBS,<br><br>        Plaintiff,<br><br>   v.<br><br>ERIC MICHAEL GARCETTI, et al.<br><br>        Defendants. | No. 2:22-cv-08010-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed: November 2, 2022<br><br>**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS**<br><br>Date: May 12, 2025<br>Time: 8:30 a.m.<br>Ctrm: 10A, Santa Ana |

DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS

Pursuant to C.D. Cal. Local Rule 56-1 and the Court's Scheduling Order & Order Re: Pretrial and Trial Procedures (ECF No. 81), defendants Eric Michael Garcetti, Paul Krekorian, Robert Blumenfield, Monica Rodriguez, Marqueece Harris-Dawson, John Lee, Mitch O'Farrell, Kevin De Leon, and Monique Contreras (collectively, "Defendants") submit the following Statement of Uncontroverted Facts.

## STATEMENT OF UNCONTROVERTED FACTS

| No. | Undisputed Fact | Evidence |
| --- | --- | --- |
| 1 | On October 17, 2022, Senior Lead Officer ("SLO") Monique Contreras issued citation G75932 to David Jacobs for violating LAMC § 41.18(e) due to his encampment being within 500 feet of the Westminster Avenue Elementary School. | Declaration of Alonzo Iniguez ("Iniguez Decl."), Ex. 1 (Citation); Declaration of Megan Swartz ("Swartz Decl."), Ex. 1 (Body-worn video ("BWV")) |
| 2 | During the interaction between SLO Contreras and Mr. Jacobs, Mr. Jacobs remained in his tent. | Swartz Decl., Ex. 1 (BWV) |
| 3 | None of Mr. Jacobs's belongings were taken during the October 17, 2022 incident. | *Id.* |
| 4 | Citation G75932 does not exist in LAPD's Criminal Case Management System. | Iniguez Decl., ¶ 5. |

DATED: April 14, 2025

Respectfully submitted,

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
EMERSON H. KIM, Deputy City Attorney

By: */s/ Emerson H. Kim*
EMERSON H. KIM, Deputy City Attorney
Attorney for Defendants