1  HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
2  DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
3  KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
   GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
4  EMERSON H. KIM, Deputy City Attorney (SBN 285142)
   200 North Main Street, Room 675, City Hall East
5  Los Angeles, California 90012
6  Telephone No.: (213) 526-7336
   Email: emerson.kim@lacity.org
7
8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11
12 DAVID JACOBS,                    No. 2:22-cv-08010-DOC (KESx)
13             Plaintiff,           **Hon. David O. Carter**
14      v.                          **United States District Judge**
15 ERIC MICHAEL GARCETTI, et al.    Action filed: November 2, 2022
16             Defendants.          **DECLARATION OF MEGAN SWARTZ**

# DECLARATION OF MEGAN SWARTZ

I, MEGAN SWARTZ, declare as follows:

1. I am currently employed by the City of Los Angeles in the Office of the City Attorney. My title is Paralegal II.

2. I am personally familiar with the contents of this declaration, and if called upon to do so, I could and would testify competently thereto under oath.

3. On March 5, 2025, I was informed by Deputy City Attorney Emerson Kim that Los Angeles Police Department ("LAPD") Detective Alonzo Iniguez had given us access on Axon Evidence (evidence.com) to Senior Lead Officer Monique Contreras's body-worn video for Plaintiff's October 17, 2021 incident.

4. Per my understanding of LAPD's custom and due to privacy concerns, I blurred images of the mobile digital terminal / mobile digital computer located within the LAPD vehicle and of Officer Contreras's citation booklet, and I muted audio divulging Plaintiff's personal information, such as his date of birth. These redactions occur at 0:00-0:24, 0:48-0:52, 1:03, 5:50 - 5:59, 6:10-6:12, 6:12-6:14, 6:15-6:18, 6:21-6:25, 6:26, 6:30-6:35, 6:36-6:37, 6:37-6:38, 7:09-7:12, 7:18-9:21, 10:17-10:20, 10:37-11:04, 11:06-11:36, 11:37-11:38, 11:38-11:43, 11:46-11:49, 11:55-11:58, 11:58 - 12:17, 12:44-12:50, 12:53-12:56, 12:58-13:03, 13:06-13:07, and 13:18-13:23 in the video.

5. On March 5, 2025, I applied these redactions via Axon Redaction Studio, a software program housed within evidence.com, which copied from the "parent" file a separate, redacted, "child" video file. Apart from the redactions described above, the "child" video file is otherwise a true and correct copy of the "parent" video file.

6. Attached as **Exhibit 1** is a true and correct copy of the redacted video.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 14, 2025.

///

///

| | |
|---|---|
| 1 | By: _____ |
| 2 | MEGAN SWARTZ |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
DECLARATION OF MEGAN SWARTZ