1  HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
2  DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
3  KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
   GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
4  EMERSON H. KIM, Deputy City Attorney (SBN 285142)
   200 North Main Street, Room 675, City Hall East
5  Los Angeles, California 90012
6  Telephone No.: (213) 526-7336
   Email: emerson.kim@lacity.org
7
8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11
12 DAVID JACOBS,                      No. 2:22-cv-08010-DOC (KESx)
13              Plaintiff,            **Hon. David O. Carter**
14      v.                            **United States District Judge**
15 ERIC MICHAEL GARCETTI, et al.      Action filed: November 2, 2022
16              Defendants.           **DECLARATION OF DETECTIVE**
17                                    **ALONZO INIGUEZ**

# DECLARATION OF ALONZO INIGUEZ

I, ALONZO INIGUEZ, declare as follows:

1. I am currently employed by the City of Los Angeles Police Department ("LAPD"). My title is Detective. I am currently assigned to Risk Management and Legal Affairs Division.

2. I am personally familiar with the contents of this declaration, and if called upon to do so, I could and would testify competently thereto under oath.

3. I am familiar with LAPD's body-worn videos ("BWVs") in my regular duties. BWVs are recorded via a camera system that mounts to officers' uniform. A specific camera is assigned to a specific officer prior to use in the field. While in the field, the officer records events via a push-button system on the device. Upon returning from the field, the device is placed on a docking station with an active connection to the internet. BWVs are then automatically uploaded to and maintained on the cloud, specifically evidence.com.

4. On March 4, 2025, upon request by Deputy City Attorney Emerson Kim, I located Senior Lead Officer Monique Contreras's BWV for October 17, 2022 relating to Plaintiff's incident on evidence.com. I shared the video with Mr. Kim and paralegal Megan Swartz on evidence.com.

5. In addition, I informed Mr. Kim that citation number G75932 concerning Plaintiff's October 17, 2022 incident did not exist in LAPD's Criminal Case Management System. I could not locate a record of that citation other than an electronic copy of it.

6. Attached as **Exhibit 1** is a true and correct copy of citation number G755932.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 14, 2025.

By: _____
ALONZO INIGUEZ