# EXHIBIT 1

**LOS ANGELES POLICE DEPARTMENT**
CITY OF LOS ANGELES ☐ MISDEMEANOR ☑ INFRACTION    G 75932
**NOTICE TO APPEAR       NONTRAFFIC**

| Date of Violation | Time ☐ AM ☑ PM | Day of Week S M T W T F S | Arrest DR No | Evidence DR No. |
|---|---|---|---|---|

Name (First, Middle, Last): DAVID JACOBS
Address: 1942 [illegible]
City: VENICE   State: CA   Zip Code: 90291
Driver Lic. No: [redacted]   State: [redacted]   Class: [redacted]   Age: [redacted]

| Sex | Hair | Eyes | Height | Weight | Race | Other Description |
|---|---|---|---|---|---|---|

| Code | Ordinance | Description | Misdemeanor or Infraction (Circle) |
|---|---|---|---|
| 41.18(c) | LAMC | NO PERSON SHALL SIT, LIE OR SLEEP IN THE MANNER ON PLACE PERSONAL PROPERTY IN OR UPON ANY STREET, SIDEWALK OR OTHER PUBLIC PROPERTY W/IN 500 FT OF A SCHOOL OR DAYCARE CENTER W/WRITTEN NOTICE 14 DAYS POSTED | M I |

Location of Violation(s): [illegible] KOREATOWN    City and County of Los Angeles
Comments (including RD number): RD [illegible]   ☐ Booking Required (see reverse)

☐ Violations not committed in my presence, declared on information and belief.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Arresting or Citing Officer    ☐ TE ☐ CI ☐ PT DIV____    Serial No.    Dates Off
Date    Name of Arresting Officer, if different from Citing Officer    Serial No.    Dates Off

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW
X Signature

WHEN: ON THIS DATE: _1/1/23_    Time: 8:30 ☐ AM ☐ PM
WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE:
☐ Metropolitan, 1945 South Hill Street, Los Angeles, 90007
☐ Long Beach, 275 Magnolia Avenue, Long Beach, 90802
☐ Van Nuys, 14400 Erwin Street Mall, Van Nuys, 91401
☐ San Fernando, 900 Third Street, San Fernando, 91340
☐ Chatsworth, 9425 Penfield Avenue, Chatsworth, 91311
☐ Airport, 11701 South La Cienega Boulevard, Los Angeles, 90045
☐ East Los Angeles, 4848 E. Civic Center Way, Los Angeles, 90022
☐ Beverly Hills, 9355 Burton Way, Beverly Hills, 90210
☐

☐ TO BE NOTIFIED    ☐ COURT CLERK

* G75932 *

AGENCY COPY
Notice to Appear form approved by the Judicial Council of California.    TR-120
Rev. 09-01-15 (Pen. Code, § 853.9)    FORM 05.02.02 (09/17)