Gabriel S. Dermer (SBN: 229424)
Emerson H. Kim (SBN: 285142)
Los Angeles City Attorney's Office
200 N. Main St., Rm 675, City Hall East
Los Angeles, CA 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DAVID JACOBS | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO. 2:22-CV-08010-DOC-KES |
| v. | |
| ERIC MICHAEL GARCETTI, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Exhibit 1 to the Declaration of Megan Swartz (video).

**Reason:**
- ☐ Under Seal
- ☐ In Camera
- ☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Per Court order dated: _____
- ☐ Other:

April 14, 2025                                  Emerson H. Kim
Date                                            Attorney Name
                                                Defendants
                                                Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**