1  STEPHEN YAGMAN (SBN 69737)
2  filing@yagmanlaw.net
   (for court filings only)
3  YAGMAN + REICHMANN, LLP
4  333 Washington Boulevard
   Venice Beach, California 90292-5152
5  (310)452-3200
6
   Presented on behalf of Plaintiff
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **WESTERN DIVISION**

| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY D. JACOBS, | 2:22-cv-08010-DOC(KEXx) |
|---|---|
| Plaintiff, | **PLAINTIFF'S OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION** |
| v. | May 12, 2025 |
| **KAREN BASS,** *et al.* | 8:30 a.m. |
| Defendants. | Courtroom 10A |
|  | Judge David O. Carter |

1

## MEMORANDUM OF POINTS AND AUTHORITIES

There is no admissible evidence submitted in support of defendants' summary judgment motion, or its statement of uncontroverted facts. Neither of the two, mentioned declarations is admissible, because the alluded-to "Swartz Decl." was not filed, and the alluded-to "Inguez Decl." is not signed, so that on this motion they both are nullities.

Therefore, there is no evidentiary support for the four facts that are claimed to be undisputed and plaintiff has no reason to address them: the court may not find them to be undisputed.

The purported copies of a citation, Doc. 99-6, at p. 3 of 5, are illegible and plaintiff's counsel never has received the DVD whose photocopy is set forth at Doc. 99-6, at p. 3 of 5, that defense counsel promised to send to plaintiff's counsel. Declaration of Stephen Yagman, attached hereto.

Based on the foregoing, the motion must be denied.

Respectfully submitted,

**YAGMAN + REICHMANN, LLP**


By:  /s/  Stephen Yagman
         **STEPHEN YAGMAN**

1
2
3
4
5
6
7
8

**CERTIFICATE OF COMPLIANCE**

(L.R. 11-6.2)

The undersigned, counsel of record for plaintiff(s) certifies that this brief contains 138 words, which complies with the word limit of L.R. 11-6.1.

**YAGMAN + REICHMANN, LLP**

By: /s/ Stephen Yagman
**STEPHEN YAGMAN**

## DECLARATION OF STEPHEN YAGMAN

I, Stephen Yagman, declare the following to be true under the penalty of perjury at Venice Beach, California, pursuant to 28 U.S.C. § 1746, on the date set forth below my signature hereinbelow.

1. I am the attorney for the plaintiff in this action.

2. On April 14, when I first saw the summary judgment motion and that there had been a DVD filed in connection with it, I realized that I did not have the DVD, so I telephoned defense counsel, told him that, and he said he would mail a copy to me. I have never received it, and it would be needed, at least so that I could show it to Mr. Jacobs, so that he could comment on it.

_____
STEPHEN YAGMAN  04/21/25