1  STEPHEN YAGMAN (SBN 69737)
   filing@yagmanlaw.net
2  YAGMAN + REICHMANN, LLP
   333 Washington Boulevard
3  Venice Beach, California 90292-5152
   (310) 452-3200
4
5  Attorneys for Plaintiff

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                        **WESTERN DIVISION**

11

| | |
|---|---|
| **D. JACOBS**, | 2:22cv-08010-DOC(KESx) |
| Plaintiff, | 2:24-cv-09320-DOC(KESx) |
| v. | **NOTICE OF MOTION AND MOTION TO CONSOLIDATE ACTIONS** |
| **ERIC MICHAEL GARCETTI**, *et al.*, | Date: June 2, 2025<br>Time:  8:30 a.m.<br>Place: Courtroom 10A, Santa Ana |
| Defendants. | Judge David O. Carter |

18  **D. JACOBS**,

19          Plaintiff,

20          v.

21

22  **KAREN BASS**, *et al.*,

23          Defendants.
   _____
24
   _____
25
        **PLEASE TAKE NOTICE** that plaintiff moves the court to consolidate for
26
   all purposes these two actions, and that oral argument will be heard as set forth
27
   above, and that the instant motion is based on the ground that these two actions are
28
   virtually identical, except that the two subject incidents occurred on different dates.

                                      1

1        The L.R. 7-3 meetings occurred in the 8010 matter some time in 2023, and

2 in the 9320 matter, as a courtesy, on April 25.

3

4                             **YAGMAN + REICHMANN,LLP**

5                     By:    _____

6                               **STEPHEN YAGMAN**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **MEMORANDUM OF POINTS AND AUTHORITIES**

2        Pursuant to Fed. R. Civ. P. Rule 42, the court should consolidate these two

3   actions for all purposes, because they involve the same primary defendants and

4   arise from similar incidents that occurred on different dates: the harassment of

5   plaintiff by LAPD officers. The two "actions before the court involve a common

6   question of law [and] fact," *ibid*., such as to warrant consolidation.

7

8                           Respectfully submitted,

9                   **YAGMAN + REICHMANN,LLP**

10           By: _____

11                   **STEPHEN YAGMAN**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

2

## CERTIFICATE OF COMPLIANCE
(L.R. 11-6.2)

3  The undersigned, counsel of record for plaintiff(s) certifies that this brief contains

4  62 words, which complies with the word limit of L.R. 11-6.1.

5

6  **YAGMAN ± REICHMANN, LLP**

7  **By:** _____

8  STEPHEN YAGMAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4