HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
EMERSON H. KIM, Deputy City Attorney (SBN 285142)
200 North Main Street, Room 675, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 526-7336
Email: emerson.kim@lacity.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JACOBS,<br><br>             Plaintiff,<br><br>     v.<br><br>ERIC MICHAEL GARCETTI, et al.<br><br>             Defendants. | No. 2:22-cv-08010-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed:  November 2, 2022<br><br>**DECLARATION OF EMERSON H. KIM** |

DECLARATION OF EMERSON H. KIM

**DECLARATION OF EMERSON H. KIM**

I, EMERSON H. KIM, declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts in the State of California and the United States District Court in and for the Central District of California. I am a Deputy City Attorney with the Los Angeles City Attorney's Office, one of the counsels of record for defendants Eric Michael Garcetti, Paul Krekorian, Robert Blumenfield, Monica Rodriguez, Marqueece Harris-Dawson, John Lee, Mitch O'Farrell, Kevin De Leon, and Monique Contreras (collectively, "Defendants") in this litigation brought by plaintiff David Jacobs ("Plaintiff"). I am personally familiar with the contents of this declaration, and if called upon to do so, I could and would testify competently thereto under oath.

2. As stated in my previous declaration, on March 11, 2025, Defendants produced to Plaintiff a copy of the October 17, 2025 citation (G75932) and a redacted copy of the body-worn video ("BWV") of Defendant Contreras. Attached to that declaration as the second exhibit is a true and correct copy of the letter and contents I sent to Plaintiff's counsel, Mr. Stephen Yagman.

3. On April 15, 2025, Defendants again provided the same redacted copy of the BWV as part of their motion for summary judgment filing.

4. Attached as **Exhibit 1** is a true and correct copy of the letter I sent to Plaintiff's counsel, Mr. Stephen Yagman, including the aforementioned copy of the BWV.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 28, 2025.

By: */s/ Emerson H. Kim*
EMERSON H. KIM

1
DECLARATION OF EMERSON H. KIM