# EXHIBIT 1



Office of the Los Angeles City Attorney
Hydee Feldstein Soto

April 15, 2025

**Via USPS Mail**

Stephen Yagman
Yagman + Reichmann, LLP
333 Washington Boulevard
Venice Beach, CA  90292-5152

      Re:  *Jacobs v. Eric Michael Garcetti, et al.*, USDC Case No. 22-cv-08010 DOC (KESx)

Mr. Yagman:

      Please find enclosed a DVD containing Ex. 1 to the Declaration of Megan Swartz (ECF No. 100-2), which is the body-worn video previously produced to you on March 11, 2025, as CTY_001. Defendants have lodged a copy of the video with the Court (ECF No. 101).

      If you have any questions, I am available at (213) 526-7336 or emerson.kim@lacity.org.

Best,

Emerson Kim
Deputy City Attorney

