HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
EMERSON H. KIM, Deputy City Attorney (SBN 285142)
200 North Main Street, Room 675, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 526-7336
Email: emerson.kim@lacity.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, and D. JACOBS, individually and as representative of a class,<br><br>Plaintiff,<br><br>v.<br><br>ERIC MICHAEL GARCETTI, et al.<br><br>Defendants. | No. 2:22-cv-08010-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed: November 2, 2022<br><br>**REQUEST FOR ENTRY OF JUDGMENT**<br><br>*[Concurrently filed with [Proposed] Judgment]* |

.

REQUEST FOR ENTRY OF JUDGMENT

Defendants submit this request for the Court to enter judgment pursuant to Federal Rule of Civil Procedure 58(a). On May 14, 2025, the Court issued an order granting Defendants' motion for summary judgment. ECF No. 114. Defendants have attached a proposed judgment for the Court's consideration.

DATED: May 19, 2025          Respectfully submitted,

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
EMERSON H. KIM, Deputy City Attorney

By: */s/ Emerson H. Kim*
EMERSON H. KIM, Deputy City Attorney
Attorney for Defendants