1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, and D. JACOBS, individually and as representative of a class,<br><br>    Plaintiffs,<br><br>    v.<br><br>ERIC MICHAEL GARCETTI, et al.<br><br>    Defendants. | No. 2:22-cv-08010-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed:  November 2, 2022<br><br>**JUDGMENT** |

1    This action came on for hearing before the Court on May 12, 2025, for

2  Defendants' Motion for Summary Judgment.  After considering the moving and

3  opposition papers, arguments of counsel, and all other matters presented to the Court,

4  and a decision having been duly rendered (ECF No. 114), judgment is entered in favor of

5  Defendants on each of Plaintiffs' claims pursuant to Federal Rule of Civil Procedure

6  58(a).

7

8    DATED:  5/22/2025

9                                                                Honorable David O. Carter

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
JUDGMENT